BEFORE THE THIRD DIVISION, OCTOBER 27, 1965

No. 69605.—Dan Brechner & Co. v. United States, protest 59/30353 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.